FILED
CLERK, U.S. DISTRICT COURT

OCT 16 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MAURICIO VASQUEZ <br> Defendant. | Case No.: EDCR08-182-VAP <br><br> ORDER OF DETENTION <br> (FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the CENTRAL District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

• IMMIGRATION STATUS UNDOCUMENTED
• UNDERLYING ALLEGATIONS
• ASSOCIATED WITH MULTIPLE PERSONAL IDENTIFIERS
• SUBMISSION TO DETENTION.

1 | and/or

2 | B.     ( )     The defendant has not met his/her burden of establishing by clear and
3 |                convincing evidence that he/she is not likely to pose a danger to the
4 |                safety of any other person or the community if released under 18
5 |                U.S.C. § 3142(b) or (c).  This finding is based on the following:

6 | _____
7 | _____
8 | _____
9 | _____

12 | IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 | revocation proceedings.

15 | Dated: 10/16/13

                                         _____
                                         HONORABLE DAVID T. BRISTOW
                                         United States Magistrate Judge